# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CA76 | E 1169110 | OBERNESSER | 27 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐ USC ☐ State Code |
|---|---|
| 4/10/2022  2257 | 36 CFR 2.10(b) |

Place of Offense: EL CAP CROSS

Offense Description: Factual Basis for Charge — HAZMAT ☐
CAMPING OUTSIDE DESIGNATED AREA

### DEFENDANT INFORMATION

Last Name: IOSUE
First Name: JOSHUA
M.I.: A

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| BLE3998 | AZ | 05 | DODGE RAM | | LWT |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 200 Forfeiture Amount
+ $30 Processing Fee
$ 230 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

#83

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date: 
Time: 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: LEFT ON WINDSHIELD

Original - CVB Copy

*E1169110*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on APRIL 10th, 20 22 while exercising my duties as a law enforcement officer in the EASTERN District of CALIFORNIA

SEE ATTACHED SHEET

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☒ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/10/2022    [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 05/20/2022 15:31    2022 0410-085    CVB SCAN 05/20/2022 15:31