Sean O. Anderson
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA IOSUE,<br><br>Defendant. | Docket Number  6:22-po-00291-HBK<br><br>**MOTION TO DISMISS** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal of case *6:22-po-00291-HBK*, without prejudice and in the interest of justice.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Dated:  July 17, 2024      /S/ *Sean O. Anderson*_____
SEAN O. ANDERSON
Legal Officer
Yosemite National Park

1